

Matthew S. Trokenheim | Partner
Direct 973.681.7024 | mtrokenheim@goldbergsegalla.com

December 3, 2020

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

    Re:    **Hoffman, v. Major Model Management, Inc.,**
           **Case No. 1:20-cv-06941(LTS)(JLC)**
           **Motion to Seal or Replace with Redacted Document**

Dear Judge Swain:

       I write on behalf of defendant Major Model Management, Inc. ("MMMI") pursuant to sections A.5 of Your Honor's Individual Practices to request the permanent sealing of document 16-6 on the docket in the above-referenced action.

       This morning I filed a motion to dismiss the Amended Class Action Complaint on behalf of MMMI. One of the documents filed in support of that motion, Ex. B to the Declaration of Nadia Shahrik, contained personal information of Plaintiff's, including information listed in Federal Rule of Civil Procedure 5.2(a). I mistakenly filed this document without redacting that information.

       Upon realizing the error, we immediately contacted the SDNY ECF Help Desk, who advised my officer that the document has been temporarily sealed pending application to the Court. By this letter motion, I respectfully request that Document 16-6 remain sealed, or that leave be given to replace the document on the docket with a redacted version that complies with Rule 5.2. A redacted version of the document is attached hereto.

**Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 973-681-7101 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
28467032.v1

Laura Taylor Swain
December 3, 2020
Page 2

Thank you for consideration of this matter.

Respectfully submitted,

*/s/ Matthew S. Trokenheim*
Matthew S. Trokenheim

MST:

cc:   All Counsel (via ECF)

The request for permission to file a redacted version of document 16-6 on the public docket is granted. Counsel must do so promptly in accordance with the applicable ECF rules. The original filing shall remain under seal. DE#17 resolved.
SO ORDERED.
12/3/2020
/s/ Laura Taylor Swain, USDJ

28467032.v1

# EXHIBIT B

# MAJOR MODEL MANAGEMENT

# MOTHER AGENCY & MANAGEMENT AGREEMENT

PRINT NAME OF MODEL

Stephanie Hoffmann

FIRST _Stephanie_

LAST _Hoffmann_

DATE _July 30, 2015_

TOTAL PAGES: 9

419 Park Avenue South Suite 1201
New York, NY 10016  212-685-1200

1

Major Initial _____
Model Initial _SH_

# WOMEN/ MEN MODEL REGISTRATION FORM

FIRST NAME Stephanie  LAST NAME Hoffmann

PLACE OF BIRTH New York, NY  DATE OF BIRTH ▮ - 92  AGE 23

NATIONALITY American of Greek and German descent

PERMANENT ADDRESS 4 Pleasant View Pl
Old Greenwich, CT 06870

NEW YORK ADDRESS 15 Sutton Pl New York, NY
10022 (In care of Neil Hirsch)

PERMANENT PHONE 203 698 2790  CELL 203 550 6604  OTHER 212-754-0669

E-MAIL sihoff10@gmail.com  S.S. # ▮-5484

SIGNATURE *Stephanie Hoffmann*

**MEASUREMENTS:**

HEIGHT 5'10"  EYES Blue  SHOE 10

**W:** BUST 32C  WAIST 25  DRESS 0/2

**M:** SHIRT _____  WAIST _____  INSEAM _____

**OTHER INFORMATION:**

MOTHER AGENCY _____  M.A. COUNTRY _____

CONTRACT? YES ___ NO ___  EXPIRATION _____

PASSPORT # 451185297  EMITTED 1/12/09  EXP. 1/11/19

H1/O1 VISA# _____  EMITTED _____  EXP. _____

**NOTE:** PLEASE ATTACH A COPY OF YOUR SOCIAL SECURITY CARD AND PASSPORT TO THIS INFORMATION SHEET. ALSO, PLEASE KEEP ZED CARDS ON THE WALL- EITHER BY PROVIDING US WITH ENOUGH CARDS OR MAJOR MODEL MANAGEMENT INC. CAN CREATE THE CARDS. UNLESS OTHERWISE INFORMED, CHECK IN WITH THE BOOKERS ONCE A DAY, PREFERABLY IN THE AFTERNOON. PLEASE MAKE SURE TO INFORM THE BOOKERS IN ADVANCE IF YOU ARE PLANNING ON LEAVING TOWN.

419 Park Avenue South Suite 1201
New York, NY 10016  212-685-1200

2

Major Initial _____
Model Initial SH

# Personal Management Agreement

Ladies and Gentlemen,

This will confirm that we have agreed as follows:

## I. Engagements, Services and Additional Agreements

A. I hereby engage Major Model Management Inc. (herein referred to as "MMMNY") as my sole and exclusive personal manager in New York and worldwide for the term of the agreement (herein referred to as the "Term") in connection with the development of my career in the modeling, advertising, licensing, entertainment, musical, theatrical, dramatic, artistic, fashion, film, video, television, CD-ROM, social network industries (such as Facebook, MySpace, Twitter, Tumblr, Instagram, blogs, etc.), and other visual media industries, and all services to be rendered or performed by me in connection therewith. (All of my work in such industries being referred to herein as "Services".)

B. As reasonably requested by me during the Term, MMMNY agrees to:

1. Provide advice and counsel to me with respect to (a) the selection of career opportunities, photographers, advertisers, licensors and other vehicles for my Services and the presentation of myself to the advertising and entertainment industries in keeping with my talents; (b) publicity, public relations, and advertising; (c) general practices in the modeling, licensing, advertising, entertainment, film, video and television industries; and (d) makeup, hair and composites in the creation of a portfolio for my use.

2. Send invoices and statements on my behalf to, and collect fees from, clients for whom I have performed services. I acknowledge that MMMNY is in the business of rendering the services described above to others and that, therefore, MMMNY shall not devote their entire time and energies, or the entire time and energies of MMMNY employees, to my affairs. I understand that in order for MMMNY to more effectively perform their services hereunder, I shall advise MMMNY of any days in which I will be unavailable to perform Services so as to coordinate with MMMNY the scheduling of work with my clients and otherwise facilitate the development of my career.

## II. Term of Agreement

The initial term of this Agreement shall be for a period of 2 year(s) commencing on _____/_____/_____ and finishing on _____/_____/_____.

The Term shall be automatically renewed and extended for successive additional periods of one (1) year unless terminated by either party upon written notice delivered no less than ninety (90) days prior to the expiration of the then current Term. For the purposes of this Agreement, a "Contract Year" shall mean each twelve (12) consecutive month period commencing on each during the Term.

## III. Authority as Exclusive Personal Manager; Power of Attorney

A. MMMNY is hereby authorized and empowered, as my sole and exclusive personal Manager, to act for me, and on my behalf, during the Term with respect to the following matters: (i) approving me and permitting the copyright, license, use, and publication of my name, photograph, likeness, and voice in connection with my Services; (ii) signing bills of sale, photographic and other releases for me in connection with the foregoing; (iii) collecting and receiving sums paid to me in connection with my Services; (iv) endorsing my name upon and depositing into accounts or cashing any and all checks payable to me in connection with my Services; (v) deducting from such deposits all sums owing to MMMNY in accordance with the terms of this Agreement; and (vi) enforcing and protecting my rights with respect to parties with whom I have had contractual dealings during the Term, in such manner as MMMNY has deemed appropriate by, among other means, demanding, suing for collecting, recovering, and receiving, on my behalf, all money, interest, and other monies due me or belonging to me.

419 Park Avenue South Suite 1201
New York, NY 10016  212-685-1200

3

Major Initial _____
Model Initial 

B. In order to enable MMMNY to fully exercise the authority hereby given to MMMNY, I hereby designate and appoint MMMNY as my attorney-in-fact to act for me in connection with my services. The foregoing appointment of MMMNY as my attorney-in-fact shall be irrevocable during the Term and thereafter, until the completion of all Services contracted for during the Term and collection in full payments therefore.

## IV. Conditions to Which Model Will Abide

A. During the Term, I hereby agree to (i) maintain my weight; (ii) not materially change my appearance; (iii) appear at all modeling and other professional engagements on a timely basis; (iv) refrain from using illegal drugs and from excessively using alcohol; (v) refrain from taking any actions that can adversely affect MMMNY or my career, by acting in a courteous and professional manner at all times; and (vi) be available, ready, willing, and able to render services as a fashion model in New York City or at such other location as may be reasonably requested from time to time by my clients at least three hundred (300) full working days per Contract Year.

B. During the Term, if I stay at the Model Apartment, I understand the following: (i) this is not my apartment; it is under the surveillance of MMMNY; (ii) I cannot rearrange the furniture; (iii) the apartment is for Major Models only. I will not bring in any guests; (iv) there is no phone in the apartment; I will use my mobile phone to call the agency etc.; (v) I will keep this communal apartment clean by taking out the trash daily, cleaning all common areas, washing the dishes, making the bed daily, and not leaving any of my personal belongings on the floor, etc.; (vi) I will not remove any of the apartment linens anywhere outside the apartment, as they are property of MMMNY; (vii) the use of drugs and alcohol is strictly prohibited; (viii) my keys are my responsibility. They must be returned to the MMMNY agency upon my departure from New York. I must take all of my belongings with me, as the apartment is not meant for personal storage; (ix) the use of candles, incense, etc. is strictly prohibited; and (x) I will turn off all lights and air conditioning and lock the door when leaving the apartment.

## V. Compensation to Personal Manager

A. In consideration of MMMNY entering into this Agreement and as compensation for the Services to be rendered by MMMNY (other than those Services referred to in Section 5(B) below, MMMNY shall be entitled to receive as their compensation ("Compensation") twenty percent (20%) of all gross income or other cost consideration (including composition, salaries, earnings, fees, royalties, residuals, proceeds, bonuses, prizes, awards, goods, in-kind services, and contest monies) which I receive or which is credited to my account as a result of services performed by me during the Term and thereafter, if the contracts pursuant to which such Services were performed. In the event that I receive any payments directly from a client I will remit said compensation to MMMNY within seven (7) days of my receipt thereof.

B. MMMNY Compensation for Service to be rendered by me under the jurisdiction of the Screen Actors Guild, Inc. ("SAG"), the American Federation of Television and Radio Artists ("AFTRA") and Actor's Equity Association ("AEA") shall be ten percent (10%) of any and all gross monies or other consideration, which I may receive from the rendering of such services. I acknowledge MMMNY is not a franchised agent or its equivalent of SAG, AFTRA, or AEA and that I may be required to enter into a separate agency contract with such a franchised agent pursuant to which I will pay such agent a separate commission for Services rendered under the jurisdiction of SAG, AFTRA, and AEA (which commission is typically no more than ten percent (10%) of the monies or other cash consideration I receive for such Services) and that the commission to such franchised agency will not be deducted from or offset against the compensation to MMMNY.

C. I am aware that MMMNY is entitled to receive a service charge or agency fee from some, and/or all of the clients who may utilize my Services. I agree that any such service charge or agency fee is an additional inducement for MMMNY to act on my behalf and that I shall not have the right to or interest in any such charge or fee. In addition, I understand that MMMNY maintains a network of relationships with agencies both in the United States and elsewhere throughout the world. I acknowledge that, from time to time, I may be required to pay such other agencies a commission and that MMMNY and such agencies may agree to divide amongst themselves the compensation, which I am required to pay MMMNY and other such agencies. I agree that MMMNY shall have the exclusive right to refer me to or place me with other agencies in a location where MMMNY does not maintain an office.

419 Park Avenue South Suite 1201
New York, NY 10016 212-685-1200

4

Major Initial_____
Model Initial 

## VI. Expenses, Expense Reimbursement and Advances

A. I hereby agree that all cost and expenses incurred by MMMNY on my behalf shall be borne by me, and that MMMNY shall be entitled to deduct the same from deposits made into MMMNY's account on my behalf for Services or if not so deducted, I agree to reimburse MMMNY therefore. In the event that I am no longer represented by MMMNY and I still have a debt to MMMNY, I understand that on the agreed date of my release I am responsible to reimburse MMMNY the amount owed in full. I understand that from time to time, MMMNY expends money for promotional items or services that are chargeable to my account. These types of items and services include, but are not limited to the following: Cash advances, Finance fees, Model Apartment/ Accommodation, Promotion, Advertising, Calendar, Airfare, Train, Bus, Hotel, Car Service, Cabs/ Taxis, Per Diem, Grooming Appointments (Hair/ Nail/ Dermatologist/ Dentist/ etc.), Gym Membership, Mobile Phone, MetroCard, Expenses for Clients Promotions, and Lawyer fees/ Accounting fees; All of which have varied prices. In addition there are set fees for the following items and services: Messenger, Federal Express, Mail, Courier Service ($50-$100/ month), Website, Portfolio Pad, Model Network, Netwalk, Blog ($450/ year), Test Shoots ($200- $500/ test shoot), Composite Cards ($100-$500), Portfolio ($45) and Laser, Prints, Copies, Digital ($2/ print) All expenses, if not reimbursed by the client, may be tax deductible, including my twenty percent (20%) agency commission.

B. I hereby agree that in order to receive advanced payment for my Services to submit a properly completed MMMNY voucher and understand that MMMNY will only advance up to twenty-five percent (25%) of an open balance. I understand that these vouchers must be submitted no later than 12:00PM the Wednesday of the week following the job, in person, by fax, or by mailing them to the MMMNY office.

I understand that there are occurrences where MMMNY will not make advances which include but are not limited to the following: unsigned or incomplete vouchers, rate discrepancies between a voucher and the chart, new clients for first booking, voucher returned later than ten (10) days after booking, cancellation fees, usage fees, bonuses and/or expense reimbursements, foreign clients and magazines, high risk, delinquent clients (at discretion of MMMNY), and non- union, commercial television or film jobs.

## VII. Regular Payments To Models

A. I understand that it is upon MMMNY's discretion to disburse payment to me. MMMNY is not obligated to provide payment on any Service rendered by me until payment for said Service has been received from a client. I also understand that in order to receive payment, I must call the Accounting Department in advance to place a request for payment. Not withstanding the foregoing:

1. In the event I determine to render Services to (a) a client who MMMNY has advised me constitutes as a "credit risk", (b) a foreign client, or (c) a show client, MMMNY shall not be required to pay me until such time when MMMNY has received payment for such voucher for the client; and

2. Together with each payment made to me, MMMNY shall deliver me a statement setting forth my gross income during the period covered by such statement and all deductions therefrom.

B. In the event that I am no longer represented by MMMNY, any client contracts negotiated by MMMNY will remain executed with the signatory agency, which shall pay the amounts due me.

## VIII. Injunctive Relief

I acknowledge and agree that my Services are extraordinary and unique and that there is no adequate remedy at law for a breach or attempted or threatened breach of this Agreement by me. MMMNY shall be entitled to restrain a breach or attempted or threatened breach thereof by me, by obtaining an injunction or by seeking such other remedy or remedies as may be available to MMMNY in equity or at law. MMMNY shall also be entitled to recover from me a reasonable amount for said legal fees and costs in such an event.

## IX. Indemnification; Lawsuits

I agree to indemnify and hold MMMNY harmless from and against any and all claims, losses, damages, judgments, etc. of any kind or nature whatsoever and from any costs or omissions committed by me in connection with this agreement. Additionally, in the event that any litigation should arise in connection with Services rendered by me, or the collection of fees due, as a result of the same. I shall be available to give such assistance as may be requested by MMMNY, agree to be bound by any reasonable settlement entered into by MMMNY, and I agree to bear my proportionate share of attorney's fees and costs incurred to collect any such fees due.

### X. Representations, Warranties, and Covenants

I represent, warrant, and acknowledge to MMMNY that (i) I have the authority and power to enter into this Agreement, (ii) I am not subject to or a party to any other oral or written agreement or under any disability which would interfere with or prevent me from entering into or carrying out this Agreement, (iii) the information on the signature page is true, correct and complete, (iv) I will not, during the Term, engage any other person or entity to act for me in the capacity for which I have engaged MMMNY under this Agreement, (v) it shall be my sole responsibility to comply with all the governmental laws, rules, and regulations pertaining to my performance of Services in the United States of America and else where in the world, including without limitation, obtaining any applicable visas and paying income and other taxes on my earnings, and (vi) no promises, representations or inducements have been made by MMMNY or on MMMNY's behalf, except as specifically set forth herein, and further knowledge that MMMNY's acceptance hereof is made in reliance on this fact.

### XI. Minor Provisions

If applicable, MMMNY will comply with, and assist me in complying with all laws, governmental rules and regulations designed to govern a model of minor age, and will assist me in obtaining all permits required thereunder. I agree to cooperate fully in obtaining all necessary or desired permits or approvals as MMMNY may reasonably request.

### XII. Relationship to Parties

I acknowledge and agree that MMMNY is acting solely as personal manager, that MMMNY is not licensed as and employment agency under the General Business Law of the State of New York or as an "Artist Manager" under the Labor Code of the State of New York, and that I am not, and will not be, MMMNY's employee for any purpose. MMMNY has, at all times, advised me that MMMNY is not licensed to seek or obtain employment or engagements for me and MMMNY does not agree to do so; and MMMNY has made no representations to me, either oral or written, to the contrary.

### XIII. Termination

MMMNY shall have the right to terminate this Agreement by delivering written notice to me at least ninety (90) days prior to the end of the Term in the event that (a) I fail to perform any of the terms and conditions of this Agreement and such default is not cured by me within ninety (90) days after receipt of written notice thereof; or (b) I become deceased or disfigured.

### XIV. Notices

All notices required or desired to be sent by certified mail, return receipt requested, or by nationally recognized overnight courier service to the address set forth in this Agreement or at such other address as either MMMNY or I may designate by notice to the other. All statements and payments required, or desired, to be sent pursuant to this Agreement shall be delivered in person or sent by postal mail to the parties hereto at their respective addresses indicated herein.

### XV. Severability; Modification; Assignment

If any provision of this Agreement or portion hereof is determined to be void, such provision or portion thereof, shall be deemed stricken and the remaining provision or portion thereof shall remain in full effect. This Agreement constitutes the entire agreement between us and may not be amended or terminated except in writing executed by both parties. I understand that MMMNY shall have no right to assign this Agreement to any person or entity controlled by, controlling, or under common control with you. However, I understand that this Agreement is personal to me, shall be binding and enforceable against me and may not be assigned by me.

### XVI. Independent Contractor

I acknowledge that I an NOT an employee of Major Model Management New York but an independent contractor. I am responsible for payment and filing of income tax and state taxes.

### XVII. Governing Laws; Jurisdiction

This Agreement shall be governed by and interpreted in accordance with the laws of the State of New York. Any dispute under this Agreement shall be resolved exclusively in the applicable court of law located in the State of New York and I hereby submit to the jurisdiction of the courts of the State of New York.

419 Park Avenue South Suite 1201
New York, NY 10016 212-685-1200

6

Major Initial _____
Model Initial SH

IN WITNESS WHEREOF, I <u>Stephanie Hoffmann</u> CONFIRM THAT I HAVE READ, UNDERSTAND, AND INDEPENDENTLY RECEIVED ASSISTANCE TO UNDERSTAND THE TERMS AND CONDITIONS OF THIS AGREEMENT. I ACCEPT THESE TERMS, AT MY OWN FREE WILL, BY ENDORSING MY SIGNATURE BELOW.

I ALSO HEREBY AGREE TO ALLOW MAJOR MODEL MANAGEMENT INC. TO MAKE ALL EXCHANGE CHECKS TO WHICH I MAY BE ENTITLED HEREUNDER AS FOLLOWS:

-TO ME/ MY CORP. AT:      MAJOR MODEL MANAGEMENT INC.
                                 419 PARK AVENUE SOUTH, SUITE 1201
                                 NEW YORK, NEW YORK 10016

<u>Stephanie Hoffmann</u>           <u>7/30/15</u>
MODEL'S LEGAL NAME                      DATE

<u>[signature]</u>                   <u>7/30/15</u>
MODEL'S SIGNATURE                      DATE

ADDRESS: <u>15 Sutton Pl</u>      S.S. #<u>[redacted]-5484</u>
<u>New York, NY 10022</u>      TEL: <u>203-550-6604</u>
D.O.B: <u>[redacted]/92</u>      FAX: _____

MAJOR MODEL MANAGEMENT INC. AGREEMENT EXECUTED ON _____
AGREED AND ACCEPTED BY: KATIA M. SHERMAN           DATE
TITLE: PRESIDENT

_____
                                                     SIGNATURE

IF YOU ARE A MINOR ON THE DATE OF SIGNING, REFER BELOW:

WE/I _____ (AND _____) ARE/ AM THE LEGAL GUARDIAN(S), AND IN SUCH CAPACITY HEREBY CONSENT TO THE EXECUTION, DELIVERY AND PERFORMANCE OF THIS AGREEMENT BY HER/ HIM IN ACCORDANCE WITH ITS TERMS.

SIGNATURE: _____ SIGNATURE _____

PRINT NAME: _____ PRINT NAME: _____

RELATIONSHIP TO MINOR: _____ RELATIONSHIP TO MINOR: _____

MODEL SIGNATURE: _____

DATE: _____

419 Park Avenue South Suite 1201             7
New York, NY 10016 212-685-1200                                Major Initial _____
                                                                        Model Initial <u>SH</u>

# Major Model Management

## Acknowledgement

I AGREE AND UNDERSTAND THE TERMS AND CONDITIONS TO BE PUT ON MAJOR MODEL MANAGEMENT INC.'S WEBSITE. I UNDERSTAND THAT MY PERSONAL INFORMATION AND ALL TEAR SHEETS AND IMAGES MAY BE SHARED AND EXCHANGED WITH ALL THE MAJOR MODEL MANAGEMENT INC. AGENCIES THAT HAVE ADOPTED THIS SYSTEM. I ALSO AUTHORIZE MAJOR MODEL MANAGEMENT INC. AND ITS AFFILIATES TO USE AND TRANSMIT MY NAME, PERSONAL INFORMATION, IMAGES AND/OR LIKENESS FOR THE PURPOSE OF FACILITATING MY PARTICIPATION ON THE WEB. I ALSO AUTHORIZE MAJOR MODEL MANAGEMENT INC. TO POST AND DISPLAY MY PORTFOLIO NOT ONLY ON THE WEBSITE, BUT ALSO ON THE FOLLOWING WEBSITE: WWW.MAJORMODEL.COM

I UNDERSTAND THERE IS A CHARGE OF $450.00 PER YEAR THAT IS AUTOMATICALLY RENEWED ON THE ANNIVERSARY DATE OF MY INFORMATION BEING FIRST ENTERED INTO THE SYSTEM I UNDERSTAND THAT I AM RESPONSIBLE FOR THE INITIAL PAYMENT AND ALL RENEWALS AND WILL NOT BE ADVANCED THE MONEY UNLESS I HAVE A VOUCHER THAT HAS BEEN INVOICED, BUT NOT PAID TO ME.

**Accepted and Agreed:**

_Stephanie Hoffmann_
TALENT NAME PRINTED

_7/30/15_
DATE

_[signature]_
TALENT SIGNATURE

_____
SIGNATURE OF AUTHORIZED
PERSON IF TALENT IS UNDER
THE AGE OF 18 YEARS OLD

419 Park Avenue South Suite 1201
New York, NY 10016  212-685-1200

8

Major Initial _____
Model Initial SH

# Major Model Management

## Waiver or Liability and Hold Harmless Agreement

I, _Stephanie Hoffmann_, HEREBY CERTIFY THAT I AM REPRESENTED BY **Major Model Management Inc.** (MMMNY), LOCATED AT 419 PARK AVENUE SOUTH, NEW YORK, NY 10016, USA.

I HEREBY **Release, Waive, Discharge and Covenant Not To Sue MMMNY**, THEIR AGENTS, MANAGERS, OR EMPLOYEES (HEREIN AFTER REFERRED TO AS RELEASEES) FROM ANY LIABILITY CLAIMS, DEMANDS, ACTIONS AND CAUSES OF ACTION WHATSOEVER.

I AM FULLY AWARE OF THE FACT THAT ALL MANAGERS, AGENTS AND STAFF OF MMMNY DO NOT ENDORSE OR ENCOURAGE ME TO PARTICIPATE IN ANY PHOTO SHOOT INVOLVING NUDITY, FOR PHOTOGRAPHERS, CLIENTS, WEBSITES, BLOGS, OR OTHER FORMS OF SOCIAL MEDIA.

I UNDERSTAND THAT MMMNY DOES NOT CONDONE NUDE PHOTO SHOOTS, AND WILL NOT BE HELD LIABLE SHOULD I CHOOSE TO BREACH THIS AGREEMENT.

**In signing this agreement, I acknowledge and represent that** I HAVE READ THE FOREGOING WAIVER OF LIABILITY AND HOLD HARMLESS AGREEMENT, UNDERSTAND IT AND SIGN IT VOLUNTARILY AS MY OWN FREE ACT AND DEED; NO ORAL REPRESENTATIONS, STATEMENTS, OR INDUCEMENTS, APART FROM THE FOREGOING WRITTEN AGREEMENT, HAVE BEEN MADE; I AM AT LEAST 18 YEARS OF AGE AND FULLY COMPETENT; AND I EXECUTE THIS AGREEMENT FOR FULL, ADEQUATE AND COMPLETE CONSIDERATION FULLY INTENDING TO BE BOUND BY THE SAME.

IN WITNESS WHEREOF, I HAVE SIGNED THIS WAIVER AND AGREEMENT UNDER SEAL ON THIS _July_ DAY OF _30_, 20_15_.

WITNESS: _[signature]_

PARTICIPANT: _[signature]_

419 Park Avenue South Suite 1201
New York, NY 10016  212-685-1200

9

Major Initial _____
Model Initial _SH_

