UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE HOFFMANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR MODEL MANAGEMENT, INC.<br><br>Defendant. | Case No. 1:20-cv-06941-LTS-JLC |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

WHEREAS, on or about August 28, 2020 plaintiff Stephanie Hoffman ("Hoffman"), on her own behalf and on behalf of a proposed class, filed the Complaint against defendant Major Model Management, Inc. ("MMMI");

WHEREAS, on November 16, 2020, Hoffman filed an Amended Complaint;

WHEREAS, on February 11, 2022, MMMI filed a voluntary bankruptcy petition for relief under subchapter V of Chapter 11 of the United States Bankruptcy Code;

WHEREAS, on April 1, 2022, MMMI filed with this Court a pre-answer notice of bankruptcy, upon which the Court imposed an automatic stay of the action;

WHEREAS, on March 20, 2023, MMMI filed with the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), a Small Business Debtor's First Amended and Restated Plan of Reorganization under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Plan");

WHEREAS, the Plan describes the claims of the putative class, incorporates the terms of an agreed upon settlement between the parties, and release of the claims of the putative class;

1

WHEREAS, the Plan incorporates the parties' agreement that the parties will file a stipulation of discontinuance of this action upon confirmation of the Plan; and,

WHEREAS, on June 28, 2023, the Bankruptcy Court entered an order confirming the Plan;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: August 3, 2023

By: _____
Matthew Trokenheim
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10019
Tel. 973-681-7024
Em. mtrokenheim@goldbergsegalla.com
*Attorneys for Defendant*
*Major Model Management Inc.*

By: _____
Steven Bennett Blau
BLAU LEONARD LAW GROUP
23 Green Street, #303
Huntington Station, New York 11743
Tel. 631-458-1010
Em. sblau@blauleonardlaw.com
*Attorneys for Plaintiff*